# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONNA M. MAGNI,** | : |
| **Plaintiff,** | : |
| v. | : 3:15-CV-1177 |
| | : (JUDGE MARIANI) |
| **TIMES-SHAMROCK COMMUNICATIONS, et al.,** | : |
| **Defendants.** | : |

## ORDER

**AND NOW, ON THIS 11TH DAY OF MARCH, 2016,** upon consideration of Plaintiff's "Motion to Amend Complaint" (Doc. 30), Plaintiff's Brief in Support thereof (Doc. 34), and Defendants Luzerne County, Robert Lawton, and Brian Swetz's Brief in Opposition thereto (Doc. 33), **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's "Motion to Amend Complaint" (Doc. 30) is **GRANTED**.

2. Plaintiff shall file the Second Amended Complaint, previously filed as an attachment to Plaintiff's motion for leave to file an amended complaint (Doc. 30, Ex. 1), **within 7 days of the date of this Order.**

3. Defendants Luzerne County, Robert C. Lawton, and Brian Swetz's Motion to Dismiss (Doc. 21) is hereby **DISMISSED AS MOOT**. Within **14 days of the date of this Order**, these Defendants shall notify the Court that:

    a. they request that the aforesaid motion to dismiss and supporting brief be deemed resubmitted as to Plaintiff's Second Amended Complaint; or

b. they wish to file a new motion to dismiss and brief in support; or

c. they wish to file a supplement to the brief in support which they submitted on July 28, 2015 (Doc. 22);

In the case of (b) or (c), Defendants Luzerne County, Robert C. Lawton, and Brian Swetz shall have **14 days from the date of their notification to the Court** to submit such new motion and supporting brief or supplement.

Robert D. Mariani
United States District Court Judge