IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONNA MAGNI,

        Plaintiff,

v.

COUNTY OF LUZERNE, et al.,

        Defendants.

3:15-CV-1177

(JUDGE MARIANI)

## ORDER

AND NOW, THIS 19th DAY OF MARCH, 2018, upon consideration of Defendants' Motion to Determine the Sufficiency of Plaintiff's Answers to Requests for Admissions, and Plaintiff's Motion to Withdraw or Amend the same (Docs. 70, 74), **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Withdraw or Amend Her Answers to Defendants' Requests for Admissions, numbered 1, 2, 5, and 6 (the "Requests") (Doc. 74) is **GRANTED.** Plaintiff's denial of the Requests shall be deemed timely.

2. Defendants' Motion to Determine the Sufficiency of Plaintiff's Answers to Requests for Admissions (Doc. 70) is **DISMISSED AS MOOT.**

                                                  /s/ Robert D. Mariani
                                                  Robert D. Mariani
                                                  United States District Judge